```
                    FILED
                    NOV - 1 2007
                    CLERK, U.S. DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
                    BY            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2986-JLS |
| ) | |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | |
| v. ) | Title 8, U.S.C., Sec. 1326(a) |
| ) | and (b) - Deported Alien Found |
| FRANCISCO JAVIER MEDINA-ROJAS, ) | in the United States |
| ) | (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about September 24, 2007, within the Southern District of California, defendant FRANCISCO JAVIER MEDINA-ROJAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

ABC:drh:San Diego
10/09/2007

| | |
|---|---|
| 1 | It is further alleged that defendant FRANCISCO JAVIER MEDINA-ROJAS was removed from the United States subsequent to July 26, 2004. |

DATED: November 1, 2007.

KAREN P. HEWITT
United States Attorney

*J.P.W.* for

AARON B. CLARK
Assistant U.S. Attorney